■ CENTRAL CITY BROKERAGE CORPORATION, Respondent, v RUBEN ACOSTA, Appellant, et al., Defendant. [853 NYS2d 545]—

A party seeking to vacate a default must demonstrate both a reasonable excuse for his nonappearance and a meritorious defense to the action (*see Eugene Di Lorenzo, Inc. v A.C. Dutton Lbr. Co.*, 67 NY2d 138, 141 [1986]). Even assuming that Acosta had a viable defense to plaintiff's demand for a broker's commission, he has failed to show a reasonable excuse for his default (*see Residential Bd. of Mgrs. of 99 Jane St. Condominium v Rockrose Dev. Corp.*, 17 AD3d 194 [2005]). In view of ample documentary evidence that Acosta held out the place of service as his address, he may not now reasonably claim he was not properly served (*see* CPLR 308 [6]; *Gibson, Dunn & Crutcher v Global Nuclear Servs. & Supply*, 280 AD2d 360, 361 [2001]). Concur—Tom, J.P., Andrias, Nardelli and Sweeny, JJ.